DONGELL LAWRENCE FINNEY LLP
HILLARY ARROW BOOTH, SBN 125936
(hbooth@dlflawyers.com)
PAUL D. RASMUSSEN, SBN 201680
(prasmussen@dlflawyers.com)
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609
Telephone: (213) 943-6100
Facsimile: (213) 943-6101

Attorneys for Defendants
RCT XPRESS, INC. and
FAST FLEET SYSTEMS, INC.

FILED
07 MAY 29 PM 3:23
CLERK U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

BY FACSIMILE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation; and AIT WORLDWIDE LOGISTICS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>RCT XPRESS, INC., a California corporation, FAST FLEET SYSTEMS, INC., a Pennsylvania corporation, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: C07-02772 SI<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned, counsel of record for RCT XPRESS, INC. and FAST FLEET SYSTEMS, INC, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

CERTIFICATE AND NOTICE OF INTERESTED PARTIES

|   | PARTY | CONNECTION |
|---|---|---|
| 1 |  |  |
| 2 | St. Paul Fire & Marine Insurance Company | Plaintiff |
| 3 | AIT World Logistics, Inc. | Plaintiff |
| 4 | RCT Xpress, Inc. | Defendant |
| 5 | Fast Fleet Systems, Inc. | Defendant |

DATED: May 25, 2007

DONGELL LAWRENCE FINNEY LLP

By: *[signature]*
Hillary Arrow Booth
Attorneys for RCT XPRESS, INC. and
FAST FLEET SYSTEMS, INC.

---

2

CERTIFICATE AND NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE - CCP §§ 1013a, 2015.5

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.

On the date set forth below, I served the foregoing document described as follows: **CERTIFICATE AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing ___ the original/ _X_ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Adam C. Brown, Esq.
Janet K. Haines, Esq.
Brown & Associates
A Professional Law Corporation
11140 Fair Oaks Blvd., Suite 100
Fair Oaks, CA 95628

[X] **BY MAIL** I deposited such envelopes in the mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ] **BY FEDEX:** I caused such envelopes to be served via FedEx. I am readily familiar with the firm's practice of collection and processing of correspondence for FedEx. Under that practice it would be deposited in a box or other facility regularly maintained by FedEx for next day delivery.

[ ] **BY FACSIMILE MACHINE:** The foregoing document was transmitted to the attached named person(s) by facsimile transmission from (213) 943-6101 on said date and the transmission was reported as complete and without error.

[ ] **BY ELECTRONIC TRANSMISSION:** The foregoing document was transmitted via electronic mail to the addressee(s), at the e-mail address(es) indicated on the attached service list.

[ ] (STATE) I declare under penalty of perjury that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 25, 2007, at Los Angeles, California.

_____
Desiree Caudillo