1  DONGELL LAWRENCE FINNEY LLP
   HILLARY ARROW BOOTH, SBN 125936
2  (hbooth@dlflawyers.com)
   PAUL D. RASMUSSEN, SBN 201680
3  (prasmussen@dlflawyers.com)
   707 Wilshire Boulevard, 45th Floor
4  Los Angeles, CA  90017-3609
   Telephone:  (213) 943-6100
5  Facsimile:  (213) 943-6101

6  Attorneys for Defendants
   RCT XPRESS, INC. and
7  FAST FLEET SYSTEMS, INC.

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation; and AIT WORLDWIDE LOGISTICS, INC., an Illinois corporation, | Case No.:  C 07-02772 SI |
|---|---|
|  | Hon. Susan Illston |
|  | Courtroom 10 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE COURT CLERK'S DOCUMENTS |
| RCT XPRESS, INC., a California corporation, FAST FLEET SYSTEMS, INC., a Pennsylvania corporation, and DOES 1 through 50, Inclusive, | |
| Defendants. | |

20  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21         **PLEASE TAKE NOTICE** that the Court has scheduled an Initial

22  Case Management Conference on September 7, 2007 at 2:00 p.m.  Attached hereto

23  as Exhibit "A" are true and correct copies of the following documents from the

24  Court Clerk:

25         1.      Order Setting Initial Case Management Conference and ADR

26                 Deadlines;

27         2.      Case Management Conference Order;

28

1
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | 3. | Standing Order for All Judges of the Northern District of California (Contents of Joint Case Management Statement); |
| 2 | 4. | Judge Illston's Standing Order; |
| 3 | 5. | Notice of Availability of Magistrate Judge to Exercise Jurisdiction; |
| 4 | 6. | Dispute Resolution Procedures in the Northern District of California Handbook; |
| 5 | 7. | Court Clerk's Guidelines regarding Filing Process; and |
| 6 | 8. | ECF Registration Information Handout. |

DATED:  June 5, 2007                    DONGELL LAWRENCE FINNEY LLP


By: _*/s/Hillary Arrow Booth*_
       Hillary Arrow Booth
       Attorneys for RCT XPRESS, INC. and
       FAST FLEET SYSTEMS, INC.

**PROOF OF SERVICE - CCP §§ 1013a, 2015.5**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.

On the date set forth below, I served the foregoing document described as follows: **CERTIFICATE OF SERVICE OF COURT CLERK'S DOCUMENTS** on the interested parties in this action by placing ___ the original/ X  a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Adam C. Brown, Esq.
Janet K. Haines, Esq.
Brown & Associates
A Professional Law Corporation
11140 Fair Oaks Blvd., Suite 100
Fair Oaks, CA 95628

[ X ] **BY MAIL:** I deposited such envelopes in the mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[  ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[  ] **BY FEDEX:** I caused such envelopes to be served via FedEx. I am readily familiar with the firm's practice of collection and processing of correspondence for FedEx. Under that practice it would be deposited in a box or other facility regularly maintained by FedEx for next day delivery.

[  ] **BY FACSIMILE MACHINE:** The foregoing document was transmitted to the attached named person(s) by facsimile transmission from (213) 943-6101 on said date and the transmission was reported as complete and without error.

[  ] **BY ELECTRONIC TRANSMISSION:** The foregoing document was transmitted via electronic mail to the addressee(s), at the e-mail address(es) indicated on the attached service list.

[  ]    (STATE)  I declare under penalty of perjury that the foregoing is true and correct.

[X]    (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 5, 2007, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　*/s/Desiree Caudillo*
　　　　　　　　　　　　　　　　　　　　Desiree Caudillo