1 | ADAM C. BROWN (SBN 161951)
adam@brnlaw.com
2 | JANET K. HAINES (SBN 242374)
janet@brnlaw.com
3 | **BROWN & ASSOCIATES**
**A Professional Law Corporation**
4 | 11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
5 | Telephone:    (916) 859-4910
Facsimile:    (916) 859-4911
6 |
Attorneys for Plaintiffs
7 | St. Paul Fire & Marine Insurance Company
and AIT Worldwide Logistics, Inc.
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 |

12 | ST. PAUL FIRE & MARINE            )    CASE NO. C07-02772 SI
INSURANCE COMPANY, a Minnesota    )
13 | corporation; and AIT WORLDWIDE    )    **JOINT CASE MANAGEMENT**
LOGISTICS, INC., an Illinois      )    **STATEMENT AND RULE 26(f)**
14 | corporation,                      )    **REPORT**
)    **[FRCP 26(f), Local Rule 16-9]**
15 |            Plaintiffs,           )
)    **Date: September 7, 2007**
16 | v.                                )    **Time: 2:00 P.M.**
)    **Location: Courtroom 10**
17 | RCT XPRESS, INC., a California    )    **Judge: Susan Illston**
corporation, FAST FLEET SYSTEMS,  )
18 | INC., a Pennsylvania corporation, and )
DOES 1 through 50, inclusive,     )
19 |                                  )
           Defendants.             )
20 | _____)

21 |        Pursuant to the Court's Order Setting Initial Case Management Conference and

22 | ADR Deadlines, the parties hereby submit the following Joint Case Management

23 | Statement and Rule 26(f) Report:

24 | ///

25 | ///

26 | ///

27 | ///

28 |

# I.

## CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

1.    Jurisdiction and Service:

This Court has subject matter jurisdiction pursuant to the Carmack Amendment 49 U.S.C. §14706 et seq. and supplemental jurisdiction over the state law claims. There are no issues regarding personal jurisdiction or venue, and all parties have been served.

2.    Facts:

a.    Chronology of facts:

St. Paul Fire & Marine Insurance Company ("St. Paul") is the subrogated insurer of AIT Worldwide Logistics ("AIT"), which arranged for the shipment of semi-conductor equipment. AIT was retained by Avent Electronics of Chandler, Arizona to transport a shipment of semi-conductor equipment manufactured by AMD Corporation from Menlo Logistics in Fremont to Chandler, Arizona. AIT contracted RCT Xpress to pick up the shipment from Fremont and transport it to San Francisco International Airport where it was to be tranported, via air, to Phoenix, Arizona. The bill of lading was issued by AIT on June 12, 2006 and contained a limitation of liability. During the course of picking up the cargo at a location in Newark, California, the RCT Xpress vehicle was broken into and a portion of the semi-conductor equipment was stolen. The police were called and a report was taken. To date, the stolen property has not been recovered. Plaintiff St. Paul alleges that it paid AIT for the full value of the stolen cargo.

b.    Factual Issues in Dispute:

At the present time there appear to be no factual issues in dispute. However, discovery may reveal factual disputes.

3.    Legal Issues:

The key legal issues include the determination of legal liability for the subject loss and whether any limitations of liability apply to the loss pursuant to the provisions of the bill of lading and permitted by the Carmack Amendment.

4.    Motions:

At this time, there are no prior or pending motions.  However, Defendants anticipate filing a motion for summary judgment.

5.    Amendment of Pleadings:

At this time, the parties do not anticipate amending the pleadings.

6.    Evidence Preservation:

Not applicable to this matter.

7.    Disclosures:

The parties have timely complied with the initial disclosure requirements of Federal Rules of Civil Procedure Rule 26(f).

8.    Discovery:

The parties are not requesting any substantive changes to the Rule 26(a) disclosures.  The parties have exchanged their initial disclosures.  The parties anticipate limited written discovery and depositions.  At present, the parties do not anticipate a need to limit or modify the discovery rules.

9.    Class Action:

This is not a class action lawsuit.

10.    Related Cases:

There are no related cases.

11.    Relief:

Plaintiff is seeking to recover the value of the cargo that was stolen in the amount of $154,725.00 plus freight charges in the amount of $577.11. Defendant contends that its liability, if any, is limited to $0.50 per pound of stolen cargo.

12.    Settlement and ADR:

The parties have not yet discussed settlement, although they intend to do so. The parties have met and conferred regarding ADR and have agreed to participate in an Early

1  Neutral Evaluation (ADR L.R. 5). The parties have filed a Stipulation and [Proposed]
2  Oder Selecting ADR Process.
3      At the present time, the parties do not anticipate the need for motions necessary to
4  position the parties to negotiate a resolution.
5      13.   Consent to Magistrate Judge For All Purposes:
6  The parties do not consent to a Magistrate Judge for all purposes.
7      14.   Other References:
8  None at this time.
9      15.   Narrowing of Issues:
10  Once discovery is completed, the parties will discuss narrowing the issues, if
11  applicable.
12      16.   Expedited Schedule:
13  The parties decline an expedited schedule.
14      17.   Scheduling:
15  The parties request the following schedule:
16          a.   Designation of Experts - November 30, 2007
17          b.   Supplemental Designation - December 20, 2007
18          c.   Discovery Cutoff - January 31, 2008
19          d.   Dispositive Motions - March 31, 2008
20          e.   Pretrial Conference - April 30, 2008
21          f.   Trial - May 2008
22      18.   Trial
23  Plaintiff has requested a jury trial. The parties anticipate a three to four day trial.
24      19.   Disclosure of Non-Party Interested Entities or Persons:
25  None at this time.
26      20.   Such Other Matters:
27  None at this time.
28

## II.

### FEDERAL RULES OF CIVIL PROCEDURE RULE 26(f)

1. <u>Changes in Rule 26(a) Disclosures:</u>

The parties are not requesting any substantive changes to the Rule 26(a) disclosures.

2. <u>Discovery</u>

Plaintiff shall seek discovery as to the facts, circumstances, defenses, and damages of the underlying transportation loss.

Defendants shall seek discovery as to the facts, defenses, alleged damages, and contract information related to the transportation.

The parties have agreed that discovery will not be conducted in phases or limited to or focused upon particular issues. However, they will attempt to coordinate a deposition schedule.

3. <u>Electronically Stored Information:</u>

At the present, there are no issues relating to disclosure or discovery of electronically stored information.

4. <u>Claims of Privilege</u>

At the present, there are no issues relating to claims of privilege or of protection as trial-preparation material.

5. <u>Limitations</u>

The parties agree that no changes are necessary on the discovery limitations set forth under the federal and local rules.

6. <u>Other Orders:</u>

At this time, the parties seek no other orders from the Court under Rule 26(c) or under Rules 16(b) and (c).

1

Date: August ___, 2007                    BROWN & ASSOCIATES, PLC

2

3                                          By: _____

4                                               ADAM C. BROWN
                                                JANET K. HAINES
5                                               Attorneys for Plaintiffs
                                                ST. PAUL FIRE & MARINE
6                                               INSURANCE CO. and AIT
                                                WORLDWIDE LOGISTICS, INC.
7

8        Date: August ___, 2007             DONGELL LAWRENCE FINNEY LLP

9

10                                          By: _____

11                                               HILLARY ARROW BOOTH
                                                 Attorneys for Defendants
12                                               RCT XPRESS, INC. and FAST
                                                 FLEET SYSTEMS, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Joint Case Management Statement and Rule 26(f) Report**
C07-02772 SI