# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

St. Paul Fire & Marine Insurance Company,
et al

              Plaintiff(s),

         v.

RCT Xpress, Inc., et al

              Defendant(s).

_____/

CASE NO  07-02772 SI


STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
  ✓  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
       Mediation (ADR. L.R. 6)

*(Note  Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
       Private ADR *(please identify process and provider)* _____


The parties agree to hold the ADR session by:
       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

       other requested deadline _____

Dated: 8/22/07 _____

Dated: 8/22/07 _____

                _____
                Attorney for Plaintiff

                _____
                Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      Non-binding Arbitration
 ✓   Early Neutral Evaluation (ENE)
      Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order
      other

IT IS SO ORDERED

Dated:_____

UNITED STATES DISTRICT     JUDGE