1  ADAM C. BROWN (SBN 161951)
   adam@brnlaw.com
2  JANET K. HAINES (SBN 242374)
   janet@brnlaw.com
3  **BROWN & ASSOCIATES**
   **A Professional Law Corporation**
4  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
5  Telephone:  (916) 859-4910
   Facsimile:  (916) 859-4911
6
   Attorneys for Plaintiffs
7  St. Paul Fire & Marine Insurance Company
   and AIT Worldwide Logistics, Inc.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | ST. PAUL FIRE & MARINE                    ) | CASE NO. C07-02772 SI
   | INSURANCE COMPANY, a Minnesota            )
13 | corporation; and AIT WORLDWIDE            ) | **NOTICE OF SETTLEMENT**
   | LOGISTICS, INC., an Illinois              )
14 | corporation,                              )
                                               )
15 |         Plaintiffs,                       )
                                               )
16 | v.                                        )
                                               )
17 | RCT XPRESS, INC., a California            )
   | corporation, FAST FLEET SYSTEMS,          )
18 | INC., a Pennsylvania corporation, and     )
   | DOES 1 through 50, inclusive,             )
19                                             )
   |         Defendants.                       )
20 |_____)

21     PLEASE BE ADVISED that the above-captioned matter has settled. Plaintiffs

22 will file a Stipulation and Order of Dismissal upon fulfillment of the settlement terms,

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                          1
                                  Notice of Settlement
                                  Case No. C07-02772 SI

1 | which is anticipated to occur within the 30 days.

2

3 | Date: January 2, 2008                    BROWN & ASSOCIATES, PLC

4

5 | By: _____
6 | ADAM C. BROWN
    | JANET K. HAINES
7 | Attorneys for Plaintiffs
    | ST. PAUL FIRE & MARINE
    | INSURANCE CO. and AIT
8 | WORLDWIDE LOGISTICS, INC.

28

2

Notice of Settlement
Case No. C07-02772 SI

1  **St Paul Fire & Marine, et al. vs. RCT Xpress, et al**

2  US District Court, Northern District C07-02772 SI

3

4  PROOF OF SERVICE

5  I, Dawne M. Camilleri, declare:

6  I am a citizen of the United States and a resident of the County of Sacramento; I am over

7  the age of eighteen years and not a party to the within above-entitled action; my business mailing

8  address is 11140 Fair Oaks Boulevard, Suite 100, Fair Oaks, California 95628.

9  On January 2, 2008, I served the following documents:

10  **Notice of Settlement**

11  on the interested parties in this action addressed as follows:

12  ____ via United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this firm's practice, whereby the mail is deposited in a United States mailbox in the City of Fair Oaks, California before the close of the day's business

13

14  ____ via Overnight Express Mail Courier, _____

15  ____ via Facsimile, followed by U.S. Mail

16  _X_ via Email, followed by U.S. Mail (hbooth@dlflawyers.com)

17  ____ via Personal Service

18  **Attorneys for Defendants**

19

20  Hillary Arrow Booth, Esq.
Paul D. Rasmussen, Esq.
Dongell Lawrence Finney LLP
21  707 Wilshire Boulevard, 45th Floor
Los Angeles, California 90017-3609

22

23  I declare that I am employed in the office of a member of the bar of this court at whose

direction the service was made. Executed on January 2, 2008, at Fair Oaks, California.

24

25

26  _____
    Dawne M. Camilleri

27

28