IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

        Plaintiff,

  v.

RCT XPRESS, INC.,

        Defendant.

No. C 07-02772SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference has been continued to Friday, February 22, 2008, at 2:30 p.m. due to the pending settlement.

Dated: January 3, 2008



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk