ADAM C. BROWN (SBN 161951)
adam@brnlaw.com
JANET K. HAINES (SBN 242374)
janet@brnlaw.com
**BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone:   (916) 859-4910
Facsimile:    (916) 859-4911

Attorneys for Plaintiffs
St. Paul Fire & Marine Insurance Company
and AIT Worldwide Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation; and AIT WORLDWIDE LOGISTICS, INC., an Illinois corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>RCT XPRESS, INC., a California corporation, FAST FLEET SYSTEMS, INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. C07-02772 SI<br><br>**STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON; DECLARATION OF JANET K. HAINES** |

    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs St. Paul Fire & Marine Insurance Company and AIT Worldwide Logistics, Inc. ( Plaintiffs ) and Defendants RCT Xpress and Fast Fleet Systems, Inc. ( Defendants ), by and through their respective counsel of record, hereby stipulate as follows:

    WHEREAS, the parties have settled this matter;

    WHEREAS, the parties are in the process of executing the settlement agreement;

WHEREAS, the parties intend to file a stipulated request for dismissal upon the execution of the settlement agreement;

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST THAT:

The Court continue the Case Management Conference currently schedule for February 22, 2008 for a period of 60 days.

Date: February 20, 2008              BROWN & ASSOCIATES, PLC

                                    By:   /s/ JANET K. HAINES
                                          ADAM C. BROWN
                                          JANET K. HAINES
                                          Attorneys for Plaintiffs
                                          ST. PAUL FIRE & MARINE
                                          INSURANCE CO. and AIT
                                          WORLDWIDE LOGISTICS, INC.

Date: February 20, 2008              DONGELL LAWRENCE FINNEY LLP

                                    By:   /s/ HILLARY ARROW BOOTH
                                          HILLARY ARROW BOOTH
                                          PAUL D. RASMUSSEN
                                          Attorneys for Defendants
                                          RCT XPRESS, INC. and
                                          FAST FLEET SYSTEMS, INC.

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to _____, 2008 at 2:30 p.m.

February _____, 2008
                                    _____
                                    THE HONORABLE SUSAN ILLSTON
                                    United States District Judge

**DECLARATION OF JANET K. HAINES**

I, Janet K. Haines, declare:

1.  I am an associate at the law firm of Brown & Associates, PLC, counsel of record for Plaintiffs St. Paul Fire & Marine and AIT Worldwide Logistics.

2.  Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties stipulated request to continue the case management conference.

3.  I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

4.  On February 20, 2008, my office contacted counsel for Defendants RCT Xpress and Fast Fleet Systems, Inc. regarding continuing the case management conference in light of the fact that the parties are in the process of executing the settlement agreement.

5.  The parties jointly request that the Court continue the Case Management Conference currently scheduled for February 22, 2008 for a period of 60 days so that the parties can execute the settlement agreement and file a stipulated request for dismissal.

6.  This is the first request for a continuance.

7.  The parties joint request to continue the Case Management Conference has no effect on the schedule for the case as the case has settled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on this 20th day of February 2008.

        /s/ JANET K. HAINES
        JANET K. HAINES