1  ADAM C. BROWN (SBN 161951)
   adam@brnlaw.com
2  JANET K. HAINES (SBN 242374)
   janet@brnlaw.com
3  **BROWN & ASSOCIATES**
   **A Professional Law Corporation**
4  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
5  Telephone:   (916) 859-4910
   Facsimile:   (916) 859-4911
6
   Attorneys for Plaintiffs
7  St. Paul Fire & Marine Insurance Company
   and AIT Worldwide Logistics, Inc.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12 | ST. PAUL FIRE & MARINE              ) CASE NO. C07-02772 SI
   | INSURANCE COMPANY, a Minnesota     )
13 | corporation; and AIT WORLDWIDE     ) **STIPULATED REQUEST TO**
   | LOGISTICS, INC., an Illinois       ) **CONTINUE THE CASE**
14 | corporation,                        ) **MANAGEMENT CONFERENCE;**
   |                                    ) **[PROPOSED] ORDER THEREON;**
15 |              Plaintiffs,           ) **DECLARATION OF JANET K.**
   |                                    ) **HAINES**
16 | v.                                 )
   |                                    )
17 | RCT XPRESS, INC., a California     )
   | corporation, FAST FLEET SYSTEMS,   )
18 | INC., a Pennsylvania corporation, and )
   | DOES 1 through 50, inclusive,      )
19 |                                    )
   |              Defendants.           )
20 | _____)

21         Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs St. Paul Fire & Marine

22 Insurance Company and AIT Worldwide Logistics, Inc. ("Plaintiffs") and Defendants

23 RCT Xpress and Fast Fleet Systems, Inc. ("Defendants"), by and through their respective

24 counsel of record, hereby stipulate as follows:

25         WHEREAS, the parties have settled this matter;

26         WHEREAS, the parties are in the process of executing the settlement agreement;

27

28
                                              1
         **Stipulated Request to Continue the Case Management Conference**
                                     **C07-02772 SI**

1  WHEREAS, the parties intend to file a stipulated request for dismissal upon the
2  execution of the settlement agreement;
3  NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR
4  RESPECTIVE COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST
5  THAT:
6  The Court continue the Case Management Conference currently schedule for
7  February 22, 2008 for a period of 60 days.

Date: February 20, 2008                    BROWN & ASSOCIATES, PLC

By:  /s/ JANET K. HAINES
     ADAM C. BROWN
     JANET K. HAINES
     Attorneys for Plaintiffs
     ST. PAUL FIRE & MARINE
     INSURANCE CO. and AIT
     WORLDWIDE LOGISTICS, INC.

Date: February 20, 2008                    DONGELL LAWRENCE FINNEY LLP

By:  /s/ HILLARY ARROW BOOTH
     HILLARY ARROW BOOTH
     PAUL D. RASMUSSEN
     Attorneys for Defendants
     RCT XPRESS, INC. and
     FAST FLEET SYSTEMS, INC.

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management
Conference is continued to __3/32/08_____, 2008 at 2:30 p.m.

February _____, 2008                       _____
                                           THE HONORABLE SUSAN ILLSTON
                                           United States District Judge

## DECLARATION OF JANET K. HAINES

I, Janet K. Haines, declare:

1. I am an associate at the law firm of Brown & Associates, PLC, counsel of record for Plaintiffs St. Paul Fire & Marine and AIT Worldwide Logistics.

2. Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties stipulated request to continue the case management conference.

3. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

4. On February 20, 2008, my office contacted counsel for Defendants RCT Xpress and Fast Fleet Systems, Inc. regarding continuing the case management conference in light of the fact that the parties are in the process of executing the settlement agreement.

5. The parties jointly request that the Court continue the Case Management Conference currently scheduled for February 22, 2008 for a period of 60 days so that the parties can execute the settlement agreement and file a stipulated request for dismissal.

6. This is the first request for a continuance.

7. The parties joint request to continue the Case Management Conference has no effect on the schedule for the case as the case has settled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on this 20th day of February 2008.

      /s/ JANET K. HAINES
      JANET K. HAINES