1  ADAM C. BROWN (SBN 161951)
   adam@brnlaw.com
2  JANET K. HAINES (SBN 242374)
   janet@brnlaw.com
3  **BROWN & ASSOCIATES**
   **A Professional Law Corporation**
4  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
5  Telephone:   (916) 859-4910
   Facsimile:   (916) 859-4911
6
   Attorneys for Plaintiffs
7  St. Paul Fire & Marine Insurance Company
   and AIT Worldwide Logistics, Inc.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 ST. PAUL FIRE & MARINE INSURANCE  )   CASE NO. C07-02772 SI
   COMPANY, a Minnesota corporation; and )
13 AIT WORLDWIDE LOGISTICS, INC., an  )   **STIPULATION OF DISMISSAL AND**
   Illinois corporation,              )   **PROPOSED ORDER THEREON**
14                                    )
              Plaintiffs,             )
15                                    )
   v                                  )
16                                    )
   RCT XPRESS, INC., a California     )
17 corporation, FAST FLEET SYSTEMS, INC., )
   a Pennsylvania corporation, and DOES 1 )
18 through 50, inclusive,             )
                                      )
19            Defendants.             )
   _____)
20                                    )

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      For the reasons set forth in the Settlement Agreement, Plaintiffs St. Paul Fire & Marine

23 Insurance Company and AIT Worldwide Logistics, Inc., through their designated counsel, and

24 Defendants RCT Xpress, Inc., and Fast Fleet Systems, Inc.,through their designated counsel,

25 hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant

26 to FRCP 41(a)(1). All sides agree to bear their own costs.

27

28
                                              1

Notwithstanding the dismissal of this action, the parties hereby stipulate and respectfully request that the U.S. District Court, Northern District of California, retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and to resolve any motions to modify such terms. See *Kokkonen v. Guardian Life Ins. Co. of America* (1994) 511 U.S. 375

Date: March  11 , 2008

BROWN & ASSOCIATES, PLC

By: _____
ADAM C. BROWN
JANET K. HAINES
Attorneys for Plaintiffs
ST. PAUL FIRE & MARINE
INSURANCE CO. and AIT
WORLDWIDE LOGISTICS, INC.

Date: March  10 , 2008

DONGELL LAWRENCE FINNEY LLP

By: _____
HILLARY ARROW BOOTH
PAUL D. RASMUSSEN
Attorneys for Defendants
RCT XPRESS, INC. and FAST
FLEET SYSTEMS, INC.

## ORDER OF DISMISSAL

Premised upon the Stipulation of the parties who have appeared in this lawsuit, it is hereby ordered that Plaintiffs' complaint in its entirety be, and is hereby, dismissed with prejudice, with all sides to bear their own fees and costs.

It is further ordered that this court will retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and to resolve any motions to modify such terms.

Dated: March _____, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE