ADAM C. BROWN (SBN 161951)
adam@brnlaw.com
JANET K. HAINES (SBN 242374)
janet@brnlaw.com
**BROWN & ASSOCIATES**
A Professional Law Corporation
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone:    (916) 859-4910
Facsimile:    (916) 859-4911

Attorneys for Plaintiffs
St. Paul Fire & Marine Insurance Company
and AIT Worldwide Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation; and AIT WORLDWIDE LOGISTICS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RCT XPRESS, INC., a California corporation, FAST FLEET SYSTEMS, INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C07-02772 SI<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER THEREON** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

For the reasons set forth in the Settlement Agreement, Plaintiffs St. Paul Fire & Marine Insurance Company and AIT Worldwide Logistics, Inc., through their designated counsel, and Defendants RCT Xpress, Inc., and Fast Fleet Systems, Inc., through their designated counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1). All sides agree to bear their own costs.

1

**Stipulation of Dismissal and Proposed Order Thereon**
C07-02772 SI

1  Notwithstanding the dismissal of this action, the parties hereby stipulate and respectfully
2  request that the U.S. District Court, Northern District of California, retain jurisdiction to oversee
3  compliance with the terms of the Settlement Agreement and to resolve any motions to modify
4  such terms. See *Kokkonen v. Guardian Life Ins. Co. of America* (1994) 511 U.S. 375

Date: March 11, 2008          BROWN & ASSOCIATES, PLC

By: _____
ADAM C. BROWN
JANET K. HAINES
Attorneys for Plaintiffs
ST. PAUL FIRE & MARINE
INSURANCE CO. and AIT
WORLDWIDE LOGISTICS, INC.

Date: March 10, 2008          DONGELL LAWRENCE FINNEY LLP

By: _____
HILLARY ARROW BOOTH
PAUL D. RASMUSSEN
Attorneys for Defendants
RCT XPRESS, INC. and FAST
FLEET SYSTEMS, INC.

### ORDER OF DISMISSAL

Premised upon the Stipulation of the parties who have appeared in this lawsuit, it is hereby ordered that Plaintiffs' complaint in its entirety be, and is hereby, dismissed with prejudice, with all sides to bear their own fees and costs.

It is further ordered that this court will retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and to resolve any motions to modify such terms.

Dated: March ____, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE